Donroy **MERRIVAL**, Jr., Appellant,

v.

**John GLEASON, Deputy; Will Souer, Deputy; Matt Hendricks, Deputy; James Waldschmidt, Lt., Appellees.**

No. 10–3379.

United States Court of Appeals, Eighth Circuit.

Submitted: June 30, 2011.

Filed: July 6, 2011.

Donroy Merrival, Jr., Fort Madison, IA, pro se.

Andrew Chappell, Susan D. Nehring. Assistant County Attorney, Iowa City, IA, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Donroy Merrival, Jr., appeals the district court's[1] order granting judgment for defendants in his 42 U.S.C. § 1983 action. We find no basis, and Merrival has provided none, for overturning the district court's well-reasoned decision. *See Schaub v. VonWald,* 638 F.3d 905, 923 (8th Cir.2011) (standard of review).[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. We decline to consider the documents not presented below, as well as the allegations or arguments that Merrival raises for the first time on appeal or in his reply brief.